# IN THE SUPREME COURT OF THE STATE OF NEVADA

SIPING FANG,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MARK R. DENTON, DISTRICT JUDGE,
Respondents,
and
MICHAEL MARKBREITER; ZHANG
QING; MICHAEL PHILLIPS; DENG
ZHI YONG; BOB ACKERLEY;
CHARLES HENRI-MANGIN;
NEWLIGHT HORIZON FUND, LP; AND
RAY SHI SMALL/MID CAP FUND,
Real Parties in Interest.

No. 76513



FILED

SEP 1 4 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

This original petition for a writ of mandamus or prohibition challenges the district court's jurisdiction over petitioner in a shareholder action and in contempt proceedings. Having considered the petition and appendices filed in this matter, we are not persuaded that our extraordinary and discretionary intervention is warranted at this time. *See* NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d

840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Douglas

_____, J.
Cherry

_____, J.
Stiglich

cc:   Hon. Mark R. Denton, District Judge
      Naylor & Braster
      McDonald Carano LLP/Las Vegas
      Eighth District Court Clerk